SCPW-14-0000567

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent,

vs.

ROY ALAN COSTA, Petitioner.

ORIGINAL PROCEEDING
(CR. NO. 00-1-0253)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Nakasone, assigned by reason of vacancy)

Upon consideration of petitioner Roy Alan Costa's petition for a writ of habeas corpus, filed on April 8, 2014, and the record, it appears that petitioner has alternative means to seek relief and presents no special reason for this court to invoke its jurisdiction at this time. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976) (the supreme court "will not exercise its original jurisdiction in habeas corpus proceedings when relief is available in a lower court and no special reason exists for invoking its jurisdiction"). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of habeas corpus is denied.

DATED: Honolulu, Hawaiʻi, April 24, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama



/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Karen T. Nakasone